**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
───────────────
www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                               415.522.2000

October 31, 2007

**United States District California-Eastern**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 07-05337 JSW  CLIFFORD BAIR-v-CLAUDE FINN

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

    ☒      Certified copy of docket entries.

    ☒      Certified copy of Transferral Order.

    ☒      Original case file documents.

    ☐      Please access the electronic case file for additional pleadings you may need.  See
           the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record